# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MICHAEL R. BURDEN, | ) |
| | ) |
|       Petitioner, | ) |
| | ) |
| -vs- | )    Case No. CIV-11-1398-F |
| | ) |
| MIKE MULLIN, | ) |
| | ) |
|       Respondent. | ) |

## ORDER

United States Magistrate Judge Robert E. Bacharach issued a Report and Recommendation on March 7, 2012, wherein he recommended that petitioner's petition for a writ of a habeas corpus should be denied as procedurally barred. Magistrate Judge Bacharach advised petitioner of his right to object to the Report and Recommendation by March 26, 2012 and that failure to timely object would foreclose appellate review of the suggested ruling. On March 27, 2012, petitioner filed a motion seeking an additional 30 days to file an objection to the Report and Recommendation. The court granted the motion and ordered petitioner to file his objection on or before April 26, 2012. The court again advised petitioner that failure to timely object would foreclose appellate review of the suggested ruling.

To date, petitioner has not objected to the Report and Recommendation. With no objection being lodged within the time prescribed, the court accepts, adopts and affirms the Report and Recommendation.

Accordingly, the Report and Recommendation issued by United States Magistrate Judge Robert E. Bacharach on March 7, 2012 (doc. no. 14) is **ACCEPTED**, **ADOPTED** and **AFFIRMED**. Petitioner's Petition Under 28 U.S.C.

§ 2254 for a Writ of Habeas Corpus by a Person in State Custody is **DENIED** as procedurally barred. Judgment shall issue forthwith.

DATED May 10, 2012.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

11-1398p003.wpd